# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## February 6, 2007

[Cite as *02/06/2007 Case Announcements,* 2007-Ohio-474.]

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–1579.   State ex rel. E.I. DuPont DeNemours & Co. v. Indus. Comm.
Franklin App. No. 05AP–944, 2006-Ohio-3913.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## February 7, 2007

[Cite as *02/07/2007 Case Announcements,* 2007-Ohio-388.]

## MERIT DECISIONS WITHOUT OPINIONS

2006–0018.   State ex rel. Martin v. Holloway.
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
   Moyer, C.J., Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger and Cupp, JJ., concur.

2006–0967.   Fordney v. Hardin Cty.
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   Moyer, C.J., Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger and Cupp, JJ., concur.

2006–2184.   Luckey v. Butler Cty.
Certified Question of State Law, United States District Court for the Southern District of Ohio, Western Division, No. 1:06CV123. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court declines to answer the certified question.
   Lundberg Stratton, O'Connor, O'Donnell, Lanzinger and Cupp, JJ., concur.
   Moyer, C.J., and Pfeifer, J., dissent.

2006–2192.   State ex rel. Griffin v. Jones Wenner Ins. Agency, Inc.
In Mandamus. On motions to dismiss of respondents Jones Wenner Insurance Agency, Inc. and John Villilo, relator's motions for default judgment and sanctions, to strike motion to dismiss, and for jury trial, and respondents' joint motion to strike motion for jury trial. Motions to dismiss granted. All other motions denied as moot. Cause dismissed.
   Moyer, C.J., Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger and Cupp, JJ., concur.

2006–2368.   Powell v. Wolfe.
In Habeas Corpus. On petition for writ of habeas corpus of Adam Powell. Sua sponte, cause dismissed.
   Moyer, C.J., Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger and Cupp, JJ., concur.